PER CURIAM.
Affirmed. Neida’s Boutique, Inc. v. Gabor and Co., 348 So.2d 1196 (Fla.3d DCA 1977), cert. denied, 366 So.2d 883 (Fla.1978); Miami Auto Auction, Inc. v. Friendly Enterprises, Inc., 257 So.2d 69 (Fla.3d DCA 1972); E. & E. Electric Contractors, Inc. v. Singer, 236 So.2d 195 (Fla.3d DCA), cert. dismissed, 239 So.2d 827 (Fla.1970). See New River Yachting Center, Inc. v. Bacchiocchi, 407 So.2d 607 (Fla. 4th DCA 1981), pet. for review denied, 415 So.2d 1360 (Fla.1982).